## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>HARVIE LANIER,<br><br>Plaintiff,<br><br>v.<br><br>Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and Otsuka America Pharmaceutical, Inc.,<br><br>Defendants. | Case No. 3:16-md-2734-MCR-GRJ<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones<br><br><br>Short Form Complaint<br>and Jury Demand |

## MASTER SHORT FORM COMPLAINT AND JURY DEMAND

Plaintiffs incorporate by reference Plaintiffs' Master Long Form Complaint and Jury Demand filed in *In Re: Abilify® Products Liability Litigation* in the United States District Court for the Northern District of Florida, filed as No. 108-1 on the Master Docket. Pursuant to Case Management Order No.1, the following Short Form Complaint encompasses Plaintiffs' claims as adopted from the Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims specific to this case. As necessary, Plaintiffs include: (a) additional claims

against the Defendant(s) listed in paragraph 1, which are set forth in paragraph 10, and the supporting facts for which are alleged in paragraph 11 or on an additional sheet attached to this Complaint, and/or (b) claims pleaded against additional defendants not listed in the Master Long Form Complaint, which are set forth in paragraph 12 and the supporting facts for which are alleged in paragraph 12 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

## I.   **DEFENDANTS**

1.   Plaintiffs name the following Defendants in this action [check only those that apply]:

☑   Bristol-Myers Squibb Company

☑   Otsuka Pharmaceutical Co., Ltd.

☑   Otsuka America Pharmaceutical, Inc.

## II.   **PLAINTIFFS**

2.   Plaintiff(s):   ___HARVIE LANIER_____

3.   Plaintiff's Spouse (if applicable): _____

4.   Other Plaintiff and capacity, if applicable (*i.e.*, administrator, executor, guardian, conservator, etc.):   ___N/A_____

5.   Plaintiff's State of Residence:   _North Carolina_____

6.      Identify the United States District Court and Division in which venue would be proper absent direct filing:  USDC Western District of North Carolina, Hickory Division

## III.   ABILIFY® INGESTION

7.      Plaintiff ingested Abilify® from approximately   2011 until   2014.

8.      Plaintiff alleges that Abilify® was ingested in the following state(s):

North Carolina

## IV.   INJURIES

9.      Plaintiff alleges the following injury(ies) as a result of Abilify® usage:

> Plaintiff suffered mental pain, suffering, and anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earnings, loss of ability to earn money, aggravation of a pre-existing condition, gambling losses, spending losses, hyper sexuality, divorce, and other economic losses. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

## V.    <u>CLAIMS/COUNTS</u>

10.    The following claims asserted in the Master Long Form Complaint, and the allegations with regard thereto in the Master Long Form Complaint, are adopted in this Short Form Complaint by reference:

☑    Count I – STRICT LIABILITY

☑    Count II – BREACH OF EXPRESS WARRANTY

☑    Count III – BREACH OF IMPLIED WARRANTY

☑    Count IV – NEGLIGENCE

☑    Count V – NEGLIGENCE PER SE

☑    Count VI – NEGLIGENT MISREPRESENTATION

☑    Count VII – VIOLATION OF CONSUMER PROTECTION LAWS, SPECIFICALLY: _____

☑    Count VIII – FRAUDULENT CONCEALMENT

☐    Count IX – LOSS OF CONSORTIUM

☑    Count X – PUNITIVE DAMAGES

☑    Count XI – OTHERS [Specify below]

11.    If additional claims against the Defendants identified in the Master Long Form Complaint are alleged in paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified in the Master Long Form Complaint:

N/A

12.    Plaintiffs assert the following additional claims and factual allegations against other Defendants (must name defendant and its alleged citizenship):

N/A

Page 5 of 6

**WHEREFORE,** Plaintiffs pray for relief as set forth in the Plaintiffs' Master

Long Form Complaint in *In Re: Abilify® Products Liability Litigation* in the United

States District Court for the Northern District of Florida.

AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC

Dated: January 21, 2019   *s/ Bryan F. Aylstock*

Bryan F. Aylstock, FL Bar No. 0078263
Stephen H. Echsner, FL Bar No. 304719
Justin G. Witkin, FL Bar No. 109584
Douglass A. Kreis, FL Bar No. 129704
17 East Main Street, Suite 200
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
baylstock@awkolaw.com
sechsner@awkolaw.com
jwitkin@awkolaw.com
dkreis@awkolaw.com

***ATTORNEYS FOR THE PLAINTIFFS***